No. 65, Orig.  TEXAS v. NEW MEXICO.  Motion of the River Master for fees and expenses granted, and the River Master is

awarded $4,071.59 for the period April 1 through June 30, 1997, to be paid equally by the parties. [For earlier order herein, see, e. g., 520 U. S. 1227.]